### Susan CLEGG

v.

### Antone NAPPI.

### No. 81–254–Appeal.

Supreme Court of Rhode Island.

Oct. 28, 1981.

Quinn, Cuzzone, Geremia & Pennacchia, Samuel A. Miller, Providence, for plaintiff.

Joseph F. Penza, Jr., Providence, for defendant.

## ORDER

The defendant's motion to affirm the order of the Family Court pursuant to Rule 16(g) is granted.